UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL CONERLY-ROTHWELL,

    Petitioner,

    v.

RICHARD MORGAN,

    Respondent.

Case No.  C05-5098RBL

ORDER GRANTING RESPONDENT'S MOTIONS FOR AN EXTENSION OF TIME

    This matter is before the court on respondent's two motions for an extension of time to file a an answer to the petition (Docs. 14 & 15).  After reviewing the two motions and the remaining record, the court orders as follows.

    (l) Respondent's motions for an extension of time are **GRANTED.  The court grants respondent an extension until August 16, 2005 to file an answer to the petition.**

    (2)	The Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

DATED this 22nd day of July, 2005.

    */s/  J. Kelley Arnold*
    J. Kelley Arnold
    United States Magistrate Judge